IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01073-MSK-OES

AGEAZZI SILASSIE,

    Applicant,

v.

DOUGLAS MAURER, ICE Field Office Director,

    Respondent.

_____

**ORDER DISMISSING CASE AND DIRECTING CLOSURE OF THE FILE**
_____

The Court, having reviewed the Joint Motion to Dismiss **(#25)** filed by *pro se* Petitioner Ageazzi Silassie and Respondent Douglas Maurer, and being fully advised of its premises, hereby

GRANTS the Joint Motion to Dismiss and orders that the above-captioned case shall be dismissed pursuant to Fed. R. Civ. P. 41(a).  The clerk shall close the case file.

DATED this 17th day of November, 2005.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge